UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWENCE GENE JACKSON, ) <br> a/k/a LAWRENCE GENE PAGE, ) <br> #22036628, ) <br> ) <br>     Petitioner, ) <br> ) <br> VS. ) <br> ) <br> DALLAS COUNTY JAIL, ET AL., ) <br> ) <br>     Respondents. ) | CIVIL ACTION NO. <br><br> 3:21-CV-2482-G-BT |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated October 20, 2022, the court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the court.

**SO ORDERED**.

November 3, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**